COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Ismael Aguilar Alarcon v. The State of Texas

Appellate case number:  01-14-00760-CR

Trial court case number:  1225411

Trial court:  185th District Court of Harris County

Counsel for appellant filed a brief on December 12, 2014 which contains sensitive information, as defined in TEX. R. APP. P. 9.10(a)(3). Specifically, the brief identifies by name and home address a minor victim of sexual assault. The brief also identifies other minors by name.

We **STRIKE** the brief and **DENY** the motion to withdraw. Counsel for appellant is **ORDERED** to refile, within 10 days of the date of this order, a motion to withdraw and brief containing appropriate redactions and use of an alias to protect the privacy of the minors.

It is so ORDERED.

Judge's signature: __/s/ Rebeca Huddle
                          X  Acting individually     ☐  Acting for the Court

Date: December 16, 2014